UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALMUQDAD ALMARI,

      Plaintiff,

CIVIL ACTION NO. 07-12632

DISTRICT JUDGE AVERN COHN

v.

AMERICAN STEAMSHIP COMPANY,

      Defendant.
_____/

# ORDER FINDING PLAINTIFF'S MOTION
# FOR PARTIAL SUMMARY JUDGMENT AS MOOT

Before the Court is the above referenced motion. The defendant has filed a response concurring in the relief sought by the plaintiff. Therefore,

**IT IS HEREBY ORDERED** that the Court finds the motion as MOOT.


Dated: August 14, 2007
      s/Avern Cohn
      AVERN COHN
      UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, August 14, 2007, by electronic and/or ordinary mail.

      s/Julie Owens
      Case Manager, (313) 234-5160